No. 96–753. CHESTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–768. WINDLEY ET UX. v. CITY OF DOVER. C. A. 3d Cir. Certiorari denied.

No. 96–769. MIRIN v. EYERLY ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–784. VIVIANO WINE IMPORTERS, INC. v. BROWN-FORMAN CORP., DBA BROWN-FORMAN BEVERAGE CO., WINE DIVISION. C. A. 6th Cir. Certiorari denied.

No. 96–832. BOARD OF COUNTY COMMISSIONERS OF CLEVELAND COUNTY, OKLAHOMA, ET AL. v. SHINAULT. C. A. 10th Cir. Certiorari denied.

No. 96–835. BELL v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 96–864. CLARDY MANUFACTURING CO. v. MARINE MIDLAND BUSINESS LOANS, INC. C. A. 5th Cir. Certiorari denied.

No. 96–878. LUTZ v. CORBETT, ATTORNEY GENERAL OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 96–898. PRICE v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 96–926. NORDBERG ET UX. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–941. DIAZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5328. MORENO, AKA MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5594. CALDER v. ARMSTRONG ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5958. ORTIZ v. UNITED STATES; and
No. 96–6384. YEPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 87 F. 3d 1325.